# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISARRARAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRINGTON,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 11-6421 SVW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections reiterate the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

1  Additionally, for the reasons stated in the Report and Recommendation, the
2  Court finds that Petitioner has not made a substantial showing of the denial of a
3  constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
4  *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate
5  of appealability.

DATED: November 29, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE