# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ISARRARAS,<br><br>               Petitioner,<br><br>      v.<br><br>KELLY HARRINGTON, Warden,<br><br>               Respondent. | Case No. CV 11-6421 SVW (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 29, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE